```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/09/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SOPHIE BECKERMAN,                                             :
                                                              :
                              Plaintiff,                      :
                                                              :
              -against-                                       :
                                                              :       20-CV-1530 (VEC)
                                                              :
FRESH DIGITAL GROUP, INC., DOUG                               :       ORDER
ROBINSON INDIVIDUAL CAPACITY, DOUG                            :
ROBINSON OFFICIAL CAPACITY, JOHN                              :
AND JANE DOES 1-10 INDIVIDUAL                                 :
CAPACITY, JOHN AND JANE DOES 1-10                             :
OFFICIAL CAPACITY, XYZ CORP. 1-10,                            :
                                                              :
                              Defendants.                     :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Defendants' deadline for responding to the Complaint has elapsed, *see* Dkt. 5;

      WHEREAS on June 18, 2020, Plaintiff obtained a certificate from the Clerk of Court, Dkt. 8; and

      WHEREAS Plaintiff has not yet moved for default judgment;

      IT IS HEREBY ORDERED THAT, no later than **July 24, 2020**, Plaintiff must either move for a default judgment in accordance with the undersigned's Individual Practices, or show cause why this action should not be dismissed for failure to prosecute. If Plaintiff is in negotiations with Defendant(s), counsel must inform the Court promptly, or if Plaintiff has reached a settlement agreement, she must submit the agreement for approval in accordance with

*Cheeks v. Pancake House*, 796 F.3d 199 (2d Cir. 2017).

**SO ORDERED.**

**Date: July 9, 2020**  
　　　**New York, New York**　　　　　　　　　　　　**VALERIE CAPRONI**  
　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**